Filed on 12/31/2015 2:14:44 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/31/2015 2:17:23 PM
CHRISTOPHER A. PRINE
Clerk

December 31, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 1055362
Trial Court Number: Four (4)

**Style:**

| ELOUISE CLARK | VS. | ALLIED COLLISION CENTER, INC., ET AL. |
|---|---|---|
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** ROBERTA  LLOYD

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Dan R. Revier, No. 2405609 | Jonathan Chatmon, No. 24068666 |
| 1445 North Loop West Suite 900 | 9894 Bissonnet, Suite 303 |
| Houston, Texas 77008 | Houston, Texas 77036 |
| Phone: (713) 864-2393 | Phone: (713) 637-4483 |
| Fax: (713) 802-1339 | Fax: (713) 637-4603 |
| E-Mail: dr.revier@justice.com | E-Mail: Lchatmon.chatmon@gmail.com |

Allied Collision Center, Inc., et al., appellant, filed a Notice of Appeal on December 18, 2015 from the Order on Default Judgment that was signed on September 16, 2015.

The Clerk's Record is due to your office on or before January 18, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX  77251-1525
(713) 755-6421

FILED
12/18/2015 3:52:03 PM
Stan Stanart
County Clerk
Harris County

CAUSE NO. 1055362

| | | |
|---|---|---|
| ELOUISE CLARK | § | IN THE COUNTY COURT OF LAW |
| Plaintiff | § | |
| | § | |
| VS. | § | COURT NO. 4 (FOUR) |
| | § | |
| ALLIED COLLISION CENTER, | § | |
| INC., dba ALLIED COLLISION | § | |
| & AUTO REPAIR STORAGE | § | HARRIS COUNTY, TEXAS |

NOTICE OF APPEAL

Defendant Allied Collision Center, Inc. wishes to appeal the Default Judgment of the Court filed on September 16, 2015 to the First or Fourteenth Court of Appeals.

Respectfully submitted,

*/s/ Dan R. Revier*
Dan R. Revier
State Bar No. 2405609
1445 North Loop West, Suite 900
Telephone: 713-864-2393
Facsimile: 713-802-1339
dr.revier@justice.com
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on the following counsel of record on December 14, 2015:

Jonathan Chatmon
L. Chatmon & Associates
One Arena Place, Suite 580
7322 Southwest Freeway
Houston, Texas 77074

Via (713) 995-4685 Telecopier

/s Dan. R. Revier
Dan R. Revier

# "CLOSED"

FILED
9/14/2015 12:00:00 AM
Stan Stanart
County Clerk
Harris County



## DOCKET NO. 1055362

| | | |
|---|---|---|
| ELOUISE CLARK **PLANTIFF** | § | IN THE COUNTY CIVIL COURT |
| | § | |
| VS. | § | |
| | § | At LAW NO. FOUR (4) |
| ALLIED COLLISION & AUTO REPAIR STORAGE, | § | |
| | § | |
| **DEFENDANT** | § | HARRIS COUNTY, TEXAS |

### ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On the _____ day of _____, 2015, the Court called this case for trial.

Plaintiff, **ELOUISE CLARK,** appeared in person and through her attorney. Defendants,

**ALLIED COLLISION & AUTO REPAIR STORAGE,** although duly served with citation

did not appear. The court determined it had jurisdiction over the subject matter and the

parties to this proceeding. Plaintiff moved for default judgment, and, after considering

the pleadings and papers on file in this case, as well as the evidence Plaintiff presented

on damages and attorney fees, the court grants the motion.

The court finds the following:

1. Plaintiffs filed their original petition in this suit on November 14, 2014.

2. Allied Collision & Auto Repair Storage was served with citation by serving the

Defendant personally at their place of business on or about April 25, 2015, upon which

this default judgment is granted.

3. The return of service was on file with this court for at least ten days before this

judgment was rendered.

4. The deadline for defendant Allied Collision & Auto Repair Storage to file

an answer was May 18, 2015. However, Defendant did not file an answer or a pleading

and has not entered an appearance.

3

5. Defendant's Allied Collision & Auto Repair Storage last known address is 11429 Allied Collision & Auto Repair Storage, Houston, Texas 77083.

6. Defendants is a business in Texas.

7. The damages in Plaintiff's petition are unliquidated. The Plaintiff presented evidence of damages and proved the amount of damages of $25,000.00 and $2,500.00 incurred attorney fees.

THEREFORE, the Court **GRANTS** Plaintiff's motion for default judgment. The court further orders that execution issue for this judgment.

The court denies all relief not granted in this judgment.

SIGNED on _September 16_, 2015.

HONORABLE JUDGE PRESIDING

APPROVED AS TO FORM:

**L CHATMON & ASSOCIATES**

By: _/s/ Jonathan Chatmon_
Jonathan Chatmon
9894 Bissonnet, Suite 303
Houston, Texas 77036
(713) 637-4483 Telephone
(713) 637-4603 Facsimile
TBA #24068666
Lchatmon.chatmon@gmail.com
ATTORNEYS FOR PLAINTIFF
ELOUISE CLARK

2

4